of California denied. *Mr. W. E. F. Deal, Mr. Charles F. Consaul* and *Mr. Charles C. Haltman* for petitioner. *Mr. Christopher M. Bradley* for respondents.

---

No. 899. FRANKLIN SHAW ET AL., APPELLANTS, *v.* FRANKLIN K. LANE, SECRETARY OF THE INTERIOR. April 15, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Charles A. Towne* and *Mr. Duane E. Fox* for petitioners. *Mr. C. Edward Wright, Mr. Charles D. Mahaffie* and *The Attorney General* for respondent.

---

No. 912. TOM HOLLIS, PETITIONER, *v.* UNITED STATES. April 15, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Stone Hoskins* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Fitts* for the United States.

---

No. 913. SIMP PATTERSON, PETITIONER, *v.* UNITED STATES. April 15, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Stone Hoskins* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Fitts* for the United States.

---

No. 918. DENVER & RIO GRANDE RAILROAD COMPANY, PETITIONER, *v.* EQUITABLE TRUST COMPANY OF NEW YORK, AS TRUSTEE, ETC. April 15, 1918. Petition for a writ of